# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Antonio Brown <br> *Plaintiff* <br> v. <br> Williamsburg County Detention Center; Mr. Chief Brown <br> *Defendant* | ) ) ) ) ) ) | Civil Action No.  2:10-cv-2280-JFA-RSC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Robert S. Carr is adopted and incorporated. This action is dismissed without prejudice and without issuance of process. The plaintiff shall take nothing on his Complaint files pursuant to Title 42 U.S.C. § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge.

Date:  October 25, 2010

*CLERK OF COURT*  Larry W. Propes

s/Heather Hillman
*Signature of Clerk or Deputy Clerk*